**Dante A. JONES, Plaintiff–Appellant,**

v.

**Warden Kathleen GREEN; Darryl Webster, Facility Administrator; Jon R. Scramlin; William Doyle, Defendants–Appellees.**

No. 13–7749.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2014.

Decided: Feb. 26, 2014.

Dante A. Jones, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dante A. Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Green,* No. 1:13–cv–00944–ELH, 2013 WL 5428705 (D.Md. Sept. 25, 2013). We deny Jones's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*